## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>    Jessica A. Funk,<br><br>                Debtor. | Case No. 5:24-bk-01416<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Extend Time
to File Schedules, Statements, and Other Documents**

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before July 4, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 27, 2024