United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01416-MJC
Jessica A. Funk  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 03, 2024      Form ID: ntnew341      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica A. Funk, 443 Follies Rd, Dallas, PA 18612-9532 |
| 5622589 | + | Aes/us Bank-trustee Ps, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622597 | | Fidelity Dep & Disc Ba, 5338 Washington Avenue, Scranton, PA 18503 |
| 5622600 | | Lake-Lehman School District, 1237 Market St, Lehman, PA 18627 |
| 5622601 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5622609 | | Robertson, Anschutz, Schneid, Crane & Partners, PL, c/o Kayleigh Zeron, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 5622610 | | Service Electric Cable TV and Communications, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5622615 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5622617 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5622587 | | Email/Text: bncnotifications@pheaa.org | Jul 03 2024 18:40:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622588 | | Email/Text: bncnotifications@pheaa.org | Jul 03 2024 18:40:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622590 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2024 18:56:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5622591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2024 18:45:23 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5622593 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2024 18:40:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5622594 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2024 18:40:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5622595 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 03 2024 18:45:57 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5622596 | | Email/Text: mrdiscen@discover.com | Jul 03 2024 18:40:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5624051 | | Email/Text: mrdiscen@discover.com | Jul 03 2024 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5622598 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2024 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5622592 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 03 2024 18:45:56 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 5622599 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 03 2024 18:40:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-3043 |
| 5622602 | | Email/Text: camanagement@mtb.com | Jul 03 2024 18:40:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5622605 | | Email/Text: fesbank@attorneygeneral.gov | Jul 03 2024 18:40:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5625934 | + | Email/Text: bncnotifications@pheaa.org | Jul 03 2024 18:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5622608 | ^ | MEBN | Jul 03 2024 18:39:30 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5622604 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 03 2024 18:46:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5622606 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 03 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5622607 | ^ | MEBN | Jul 03 2024 18:39:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5622611 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 03 2024 18:40:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Vlg, CO 80111-4720 |
| 5622612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2024 18:45:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622613 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2024 18:45:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622614 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2024 18:45:58 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622616 | ^ | MEBN | Jul 03 2024 18:39:20 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5624378 | | Email/Text: bkrcy@ugi.com | Jul 03 2024 18:46:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5622618 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 03 2024 18:56:04 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5622603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Jul 03, 2024 | Form ID: ntnew341 | Total Noticed: 35 |

Date: Jul 05, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jessica A. Funk help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Jessica A. Funk, <br> aka Jessica Kaminski, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No.  5:24−bk−01416−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: July 29, 2024 <br><br> Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 3, 2024 |

ntnew341 (09/23)