UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: CASE NO.: 24-01416
CHAPTER 13

Jessica A. Funk,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GEORGIA 30004

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Robert Shearer
        Robert Shearer
        Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JESSICA A. FUNK
443 FOLLIES RD
DALLAS, PA 18612-9532

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

      By: /s/Robert Shearer
      Robert Shearer
      Email: rshearer@raslg.com