In re:  Case No. 24-01416-MJC
Jessica A. Funk  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Aug 06, 2024      Form ID: pdf010      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica A. Funk, 443 Follies Rd, Dallas, PA 18612-9532 |
| 5622589 | + | Aes/us Bank-trustee Ps, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622597 | | Fidelity Dep & Disc Ba, 5338 Washington Avenue, Scranton, PA 18503 |
| 5622600 | | Lake-Lehman School District, 1237 Market St, Lehman, PA 18627 |
| 5622601 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5622609 | | Robertson, Anschutz, Schneid, Crane & Partners, PL, c/o Kayleigh Zeron, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 5622610 | | Service Electric Cable TV and Communications, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5622615 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5622617 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 06 2024 18:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5622587 | | Email/Text: bncnotifications@pheaa.org | Aug 06 2024 18:35:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622588 | | Email/Text: bncnotifications@pheaa.org | Aug 06 2024 18:35:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5622590 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2024 18:47:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5622591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2024 18:47:58 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5622593 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2024 18:35:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5622594 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2024 18:35:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5622595 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2024 18:47:53 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5622596 | | Email/Text: mrdiscen@discover.com | Aug 06 2024 18:35:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5624051 | | Email/Text: mrdiscen@discover.com | Aug 06 2024 18:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5622598 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2024 18:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5622592 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2024 18:47:48 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 5622599 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2024 18:35:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5622602 | | Email/Text: camanagement@mtb.com | Aug 06 2024 18:35:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5630071 | + | Email/Text: RASEBN@raslg.com | Aug 06 2024 18:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5622605 | | Email/Text: fesbank@attorneygeneral.gov | Aug 06 2024 18:35:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5625934 | + | Email/Text: bncnotifications@pheaa.org | Aug 06 2024 18:35:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5622608 | ^ | MEBN | Aug 06 2024 18:32:49 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5622604 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 06 2024 18:35:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5622606 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2024 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5622607 | ^ | MEBN | Aug 06 2024 18:32:54 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5622611 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 06 2024 18:35:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Vlg, CO 80111-4720 |
| 5622612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2024 18:47:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622613 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2024 18:47:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622614 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2024 18:47:55 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5622616 | ^ | MEBN | Aug 06 2024 18:32:41 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5624378 | | Email/Text: bkrcy@ugi.com | Aug 06 2024 18:35:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5622618 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 06 2024 18:47:48 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5622603 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2024　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jessica A. Funk help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Robert Shearer | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Jessica A. Funk | |
|---|---|
| | Chapter: 13 |
| Debtor 1 | Case No.: 5:24-bk-01416-MJC |

ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 6, 2024